Case 1:25-cv-05244-PAE   Document 17   Filed 01/30/26   Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

## SOUTHERN DISTRICT OF NEW YORK

Gisty Gonzalez and Tyrene Gonzalez

*Plaintiff(s)*

v.

The City of New York, New York City
Police Department, Police Officer Tayther
Liriano, John Doe, and Richard Roe.

*Defendant(s)*

Civil Action No. 1:25-cv-05244 PAE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
The City of New York—530 Municipal Building, NY NY 10007
New York City Police Department—One Police Plaza, NY NY 10038
Police Officer Tayther Liriano—One Police Plaza NY NY 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gary S. Fish; Gary S. Fish, Esq. (GSF 6551) 212-964-5082
36 Vesey Street, #210, NY, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/30/2026

*Tammi M. Hellwig*

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

CITY OF N.Y. LAW DEPT.
OFFICE OF CORP. COUNSEL
COMMUNICATIONS UNIT
2026 FEB -3 A 9:49

Gary S. Fish, Esq.  (Case    456713)
20 Vesey Street, #210, NY, NY 10007
(212) 964-5072
Attorney  for the Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X CASE NO.: 1:25-cv-05

CRISTY GONZALEZ, and TYRENE GONZALEZ,

                    PLAINTIFFS,                                PLAINTIFFS  COMPLAINT

                    -against-

 THE CITY OF NEW YORK; NEW YORK CITY
POLICE DEPARTMENT; POLICE OFFICER JAYTHER
LIRIANO; "JOHN DOE", and "RICHARD ROE",

                    DEFENDANTS.

_____X

OFFICE OF CORP. COUNSEL COMMUNICATIONS UNIT  26 FEB -3 A 9: 49

Plaintiffs, by and through their attorney Gary S. Fish, Esq., set forth the following as Complaint, against   defendants.

COUNT I
(VIOLATION OF 42 U.S.C. SECTION   1983-FALSE ARREST, PLAINTIFF CRI
GONZALEZ against DEFENDANTS)

1.   On or about    January 8, 2025,  , and at all times relevant herein,  plaintiffs resid reside at    3050 Park Avenue, #16B, Bronx, NY 10451.

2.  On or about      January 8,     2025,    and at all times relevant herein, defendan City of New York,   on   information and belief, was and is a municipal corporation lawf organized and existing under the laws of the State of New   York, and on 1-8-25, and at relevant herein, said defendant municipal corporation had and has a principal place of b located at 530 Municipal   Building, NY, NY 10007.

-1-