UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: GARY FISH, ESQ. - 898

CRISTY GONZALEZ AND TYRENE GONZALEZ

Plaintiff(s)

Index #: 1:25-CV-05244-PAE

-against-

Date Filed:

THE CITY OF NEW YORK ET AL

Defendant(s)

**AFFIRMATION OF SERVICE**

SIEH CLARK AFFIRMS AND SAYS AFFIRMANT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 3, 2026 at 01:48 PM at

1 POLICE PLAZA
NEW YORK, NY 10038

affirmant served the within true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT on NEW YORK CITY POLICE DEPARTMENT, the defendant/respondent therein named.

BY LEAVING A TRUE COPY WITH OFFICER NG, P.A.A. CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Affirmant further states that the person actually served was perceived as follows:

| Gender | Race | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
| --- | --- | --- | --- | --- | --- |
| FEMALE | ASIAN | BLACK | 28 | 4'10 | 90 |

I affirm this 3 day of February, 2026under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true and I understand that this document may be filed in an action or proceeding in a court of law.

Gotham Process Inc.
Lic. 1251720-DCA
299 Broadway
New York NY 10007

**SIEH CLARK**
License #: 2066971-DCA
Docket #:        *1359191*