UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

CRISTY GONZALEZ and TYRENE GONZALEZ,

                              Plaintiffs,      **NOTICE OF APPEARANCE**

    -against-

                                                    25 Civ. 5244 (PAE)

THE CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, POLICE OFFICER JAYTHER
LIRIANO, JOHN DOE, and RICHARD ROE,
                              Defendants.

------------------------------------------------------------------- X

        **PLEASE TAKE NOTICE** that John McLaughlin, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Steven Banks, attorney for the City of New York and the New York City Police Department. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:       New York, New York
                March 12, 2026

                                              STEVEN BANKS
                                              Corporation Counsel of the City of
                                                 New York
                                              100 Church Street,
                                              New York, New York 10007
                                              P: (212) 356-2657

                                      By:    /s/ *John McLaughlin*
                                                 John McLaughlin, Esq.
                                                 *Assistant Corporation Counsel*

Cc:    **VIA ECF**
        *All counsel of record.*