UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

CRISTY GONZALEZ, and TYRENE GONZALEZ,

                                Plaintiff,                                **NOTICE OF APPEARANCE**

                -against-                                                 25 Civ. 5244 (PAE)

THE CITY OF NEW YORK, et al.,

                                Defendants.

------------------------------------------------------------------------- x

        **PLEASE TAKE NOTICE** that Joseph Zangrilli, Assistant Corporation Counsel,

should be listed as counsel of record on behalf of the Corporation Counsel of the City of New

York, STEVEN BANKS, attorney for defendants City of New York and the New York City

Police Department. All future notifications should be forwarded to the undersigned and copied to

ecf@law.nyc.gov.

Dated:        New York, New York
              April 27, 2026

                                                STEVEN BANKS
                                                Corporation Counsel of the City of
                                                    New York
                                                *Attorney for Defendants City and NYPD*
                                                100 Church Street
                                                New York, New York 10007
                                                P: (212) 356-2657

                                                By:    *Joseph Zangrilli* /s/
                                                       Joseph Zangrilli, Esq.
                                                       *Senior Counsel*

Cc:     All attorney of record (via ECF)