UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CRISTY GONZALEZ, and TYRENE GONZALEZ,

             Plaintiffs,      **NOTICE OF MOTION**

    -against-             25 Civ. 5244 (PAE)

THE CITY OF NEW YORK; NEW YORK CITY POLICE
DEPARTMENT; POLICE OFFICER JAYTHER
LIRIANO; "JOHN DOE", and "RICHARD ROE",

             Defendants.

------------------------------------------------------------------------ x

  **PLEASE TAKE NOTICE** that upon the Memorandum of Law, dated April 27, 2026,

Defendants City of New York and New York City Police Department will move before the

Honorable Paul A. Engelmayer at the United States Courthouse for the Southern District of New

York, located at the Daniel Patrick Moynihan United States Courthouse, 40 Foley Square, New

York, New York, for an order dismissing claims in the above-captioned matter, pursuant to Rule

12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be

granted.

  **PLEASE TAKE FURTHER NOTICE**, that, Plaintiff is to serve his opposition papers

on or before May 11, 2026; and

- 2 -

**PLEASE TAKE FURTHER NOTICE** that the moving defendant is to serve his reply papers on or before May 18, 2026.

Dated:        New York, New York
              April 27, 2026

                                        STEVEN BANKS
                                        Corporation Counsel of the City of
                                            New York
                                        *Attorney for Defendants City and NYPD*
                                        100 Church Street
                                        New York, New York 10007
                                        P: (212) 356-2657

                                        By:    *Joseph Zangrilli* /s/
                                               Joseph Zangrilli, Esq.
                                               *Senior Counsel*

Cc:    **VIA ECF**
       All counsel of record