

**THE CITY OF NEW YORK**

# LAW DEPARTMENT

100 Church Street
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**JOSEPH ZANGRILLI**
Phone: (212) 356-2657
Fax: (212) 356-3509
jzangril@law.nyc.gov
*Senior Counsel*

June 7, 2026

**BY ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: <u>Gonzalez, et al. v. City of New York, et al.</u>,
       25 Civ. 5244 (PAE)

Your Honor:

   Defendant City of New York ("City") and defendant New York City Police Department ("NYPD") respectfully request a two-week extension of their time to answer or otherwise respond to the Amended Complaint in the above-captioned matter, extending the deadline from June 8, 2026 to June 22, 2026. The defendants sincerely apologize for this late application, which, is due in part to awaiting plaintiffs' counsel's position prior to filing. Plaintiffs consent to this request.

   By way of background, plaintiffs filed this action on June 24, 2025, asserting claims under 42 U.S.C. § 1983 for false arrest arising from the execution of a search warrant at 3050 Park Avenue, Apartment 16B, Bronx, New York on January 8, 2025. (ECF Dkt. No. 15.)  The Complaint names as defendants the City, the NYPD, Police Officer Jayther Liriano, and two unidentified officers designated as "John Doe" and "Richard Roe." On April 27, 2026, defendants filed a motion to dismiss pursuant to Federal Rules of Procedure rule 12(b)(6) (ECF Dkt. Nos. 24-25.) Thereafter, on April 287, 2026 the Court issued an Order directing plaintiffs to file an amended complaint by May 18, 2026 and for defendants to file an answer, new motion to dismiss or letter indicating that they were relying on the previously filed motion papers by June 8, 2026. (ECF Dkt. No. 26.) Plaintiffs filed their Amended Complaint on May 6, 2026. (ECF Dkt. No. 27.)

   This request for additional time is being made primarily to permit the parties time to fully explore early resolution of this matter before continued motion practice or entering discovery in earnest. If an early resolution of the matter is reached, it would to help to preserve resources of both the Court and the parties.

Accordingly, defendants City and NYPD respectfully request that the Court extend their time to answer or otherwise respond to the Amended Complaint, to June 22, 2026.

The Defendants thanks the Court for its time and consideration of this request.

Respectfully Submitted,

/s/ Joseph Zangrilli

Joseph Zangrilli
*Special Federal Litigation Division*

Cc:    **VIA ECF**
       *All counsel of record.*

ii