

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 Church Street
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**JOSEPH ZANGRILLI**
Phone: (212) 356-2657
Fax: (212) 356-3509
jzangril@law.nyc.gov
*Senior Counsel*

June 17, 2026

**BY ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    Gonzalez, et al. v. City of New York, et al.,
                25 Civ. 5244 (PAE)

Your Honor:

       I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel for the City of New York, and the attorney for Defendants City and the New York City Police Department ("NYPD"). I write to respectfully request a second extension of time from June 22, 2026, until July 6, 2026 to answer or otherwise respond to the Amended Complaint in accordance with the Court's April 28, 2026, Order. Plaintiffs' counsel consents to this request.

       By way of background, the Court granted the Defendants' first request for an extension of time to file an answer, new motion to dismiss or letter indicating that they were relying on the previously filed motion papers by June 8, 2026. (ECF Dkt. Nos. 26-29.)

       This second request is made to provide the Defendants with additional time to finalize internal determinations relating to settlement authority. Defendants had hoped that this process would be completed and that the parties would have been able to engage in meaningful discussions before the June 22nd deadline. Unfortunately, slightly more time is needed to fully explore early resolution and potentially avoid continued motion practice or the need to engage in discovery in earnest, which, would help to preserve the finite resources of both the Court and the parties.

       Accordingly, Defendants respectfully request that the Court extend their time to answer or otherwise respond to the Amended Complaint, to July 6, 2026.

The Defendants thanks the Court for its time and consideration of this request.

Respectfully Submitted,

/s/ *Joseph Zangrilli*

Joseph Zangrilli
*Special Federal Litigation Division*

Cc:    **VIA ECF**
       *All counsel of record.*