

**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JOSEPH ZANGRILLI**
*Senior Counsel*
Phone: (212) 356-2657
Fax: (2123) 356-3509
Email: jzangril@law.nyc.gov

July 6, 2026

VIA ECF
Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

       Re:    Cristy Gonzalez, et al. v. The City of New York, et al.,
              25-CV-5244 (PAE)

Your Honor:

       I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney for defendant City in the above-referenced action. I write on behalf of the parties to provide the Court with a joint status letter. The undersigned is pleased to inform the Court that the parties have reached a settlement in principle, and to respectfully request that the Court adjourn *sine die* all currently pending dates and deadlines. The parties will submit a stipulation of discontinuance as soon as practicable.

       Thank you for your consideration of this matter.

                     Respectfully submitted on behalf of
                     the parties,

                     *Joseph Zangrilli* /s/

                     Joseph Zangrilli
                     *Senior Counsel*

Cc:    VIA ECF
       All counsel of record